EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2022 TSPR 109 |
| Elba N. Villalba Ojeda | 209 DPR ___ |

Número del Caso:  TS-9,463


Fecha:  24 de agosto de 2022


Abogada de la parte peticionaria:

    Lcda. Daisy Calcaño López


Oficina de Inspección de Notarías:

    Lcdo. Manuel E. Ávila De Jesús
    Director


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Elba N. Villalba Ojeda                TS-9463

Sala de Verano integrada por la Jueza Presidenta Oronoz Rodríguez, el Juez Asociado señor Kolthoff Caraballo, el Juez Asociado señor Feliberti Cintrón y el Juez Asociado señor Estrella Martínez

RESOLUCIÓN

En San Juan, Puerto Rico, a 24 de agosto de 2022.

Examinada la *Moción en cumplimiento de Orden; informando estatus de proceso por desacato referido al Tribunal de Primera Instancia, e informe final sobre estado de obra protocolar*, presentada por la Oficina de Inspección de Notarías (ODIN), así como la *Petición de reinstalación [al] ejercicio de la abogacía* presentada por la Sra. Elba N. Villalba Ojeda, se autoriza la reinstalación de la licenciada Villalba Ojeda únicamente al ejercicio de la abogacía, según solicitado.

Se le apercibe que, de incumplir nuevamente con los estándares éticos impuestos por el Código de Ética Profesional, 4 LPRA Ap. IX, se expone a sanciones disciplinarias que pudieran incluir la suspensión inmediata e indefinida de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

                    Javier O. Sepúlveda Rodríguez
                    Secretario del Tribunal Supremo